**Order filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00563-CV

_____

**D & R ENTERPRISE, INC., Appellant**

**V.**

**SCF RC FUNDING IV, LLC; ESSENTIAL PROPERTIES REALTY TRUST, LLC (A/K/A) SCF REALTY CAPITAL LLC AND MESA FORTUNE, INC.; US ASSETS ACQUISITIONS, LLC D/B/A US ASSETS, LLC; US ASSETS, INC.; JEFFEREY LOVE A/K/A JEFF LOVE; DAVID FETTNER; AND GREG SEIBERT, Appellees**

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2021-47415

## ORDER

The notice of appeal in this case was filed July 28, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On August 8, 2022, this court notified

appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court within ten (10) days of the date of this order arrangements have been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.